**Not for Publication in West's Federal Reporter**

# United States Court of Appeals
## For the First Circuit

No. 18-1780

DARLENE ROMANO, as administrator of the
estate of Michael Romano, Jr; MICHELLE O'NEILL, individually and
as administrator of the estate of Michael Romano, Jr.; MICHAEL
O'NEILL; MICHAYLA O'NEILL,

Plaintiffs, Appellants,

v.

UNITED STATES OF AMERICA,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

[Hon. F. Dennis Saylor, IV, U.S. District Judge]

Before

Thompson, Selya, and Barron,
Circuit Judges.

Christopher J. Trombetta, with whom Law Office of Christopher
J. Trombetta was on brief, for appellants.
Mark B. Stern, Attorney, United States Department of Justice,
with whom Joseph H. Hunt, Assistant Attorney General, Andrew
Lelling, United States Attorney, and Joshua Waldman, Attorney,
were on brief, for appellee.

July 29, 2019

**PER CURIAM.** This appeal is controlled by the plausibility requirement. See Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007). Accordingly, we affirm the district court's dismissal of the plaintiffs' complaint for essentially the reasons stated in the district court's plausibility analysis. See O'Neill v. United States, 328 F. Supp. 3d 16, 22-24 (D. Mass. 2018).

**Affirmed.** See 1st Cir. R. 27.0(c).